Yana A. Hart, Esq. (SBN: 306499)
yana@kazlg.com
**KAZEROUNI LAW GROUP, APC**
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108
Office Number: (619) 233-7770
Office Fax Number: (619) 297-1022

*Attorneys for Plaintiff*
Keisha Newsom

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEISHA NEWSOM,<br><br>           Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC,<br><br>           Defendant. | **Case No.: 5:19-cv-00730-MWF-E**<br><br>**NOTICE OF SETTLEMENT** |

//
//
//
//
//
//

NOTICE IS HEREBY GIVEN that this case has been settled in its entirety. The Plaintiff anticipates filing a Request for Dismissal of this action in its entirety with prejudice as to the named Plaintiff and without prejudice as to the putative class within 60 days. Plaintiff requests that all pending dates and filing requirements be vacated and that the Court set a deadline on or after October 21, 2019 for filing a request for dismissal.

Respectfully submitted,

Date:  August 22, 2019                           **KAZEROUNI LAW GROUP, APC**

                                                  By:  s/ Yana A. Hart
                                                       Yana A. Hart
                                                       *Attorneys for Plaintiff*