Yana A. Hart, Esq. (SBN: 306499)
yana@kazlg.com
**KAZEROUNI LAW GROUP, APC**
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108
Telephone: (619) 233-7770
Facsimile: (619) 297-1022

*Attorneys for Plaintiff,*
Keisha Newsom

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Keisha Newsom, Individually and on behalf of others similarly situated,<br><br>Plaintiff,<br>v.<br><br>Equifax Information Services, LLC,<br><br>Defendant. | CASE NO. 5:19-CV-00730-MWF-E<br><br>**STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE AS TO THE NAMED PLAINTIFF AND WITHOUT PREJUDICE AS TO THE PUTATIVE CLASS** |

Pursuant to the Notice of Settlement [Dkt. 29] and the Court's Minute Order [Dkt. 30], Plaintiff Keisha Newsom and Defendant Equifax Information Services, LLC ("the Parties") hereby stipulate and agree to dismiss the above entitled action with prejudice as to the named Plaintiff and without prejudice as to the Putative Class, pursuant to Fed. R. Civ. Procedure 41(a)(1)(ii), each party to bear her/its own costs. The notice and approval requirements of Federal Rule of Civil Procedure 23(e) are

inapplicable to the parties' settlement and dismissal of this Putative Class action because this action has not been certified as a class.

WHEREFORE, the Parties respectfully request that this court dismiss this action with prejudice as to the named Plaintiff, and without prejudice as to the Putative Class. This Court retains jurisdiction to enforce the settlement of this action. The Parties also respectfully request that the hearing on Order to Show Cause Re Dismissal for October 21, 2019 at 11:30 a.m. set in the Court's Order [Dkt. 30] be taken off the calendar.

Date: October 10, 2019   **KAZEROUNI LAW GROUP, APC**

By: s/ Yana A. Hart
    Yana A. Hart, Esq.
    *Attorneys for Plaintiff*

Date: October 10, 2019   **KING & SPALDING LLP**

By: s/ Misty L. Peterson
    Misty L. Peterson, Esq.
    *Attorneys for Defendant*

## FILER'S ATTESTATION

Pursuant to L.R. 5-4.3.4(a)(2)(i), the undersigned attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Date: October 10, 2019　　　　　　　　KAZEROUNI LAW GROUP, APC

By: s/ Yana A. Hart
　　　Yana A. Hart, Esq.
　　　*Attorneys for Plaintiff*