JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Keisha Newsom, Individually and on behalf of others similarly situated,<br><br>Plaintiff,<br>v.<br><br>Equifax Information Services, LLC,<br><br>Defendant. | CASE NO. 5:19-CV-00730-MWF-E<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE AS TO THE NAMED PLAINTIFF AND WITHOUT PREJUDICE AS TO THE PUTATIVE CLASS** |

Based upon the Parties' Stipulation for Dismissal, and good cause, this Court hereby orders this action to be, and is, dismissed with prejudice as to the named Plaintiff and without prejudice as to the putative class. Each party is to bear their own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: 10-11-2019  _____

**HON. MICHAEL W. FITZGERALD**
UNITED STATES DISTRICT JUDGE